# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

4/25/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CR 04-00083DAE

CASE NAME:        USA v. Jackson

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:    David Alan Ezra         REPORTER:

DATE:     4/25/2006               TIME:

COURT ACTION:  EO:  OSC to Respondents to submit a preliminary answer to Petitioner Jackson's 2255 petition on or before 4/28/2005.

Court grants AUSA Ken Sorenson's request for an extension of time to file preliminary answer. Preliminary answer due on or before 5/15/2006, Petitioner Jackson's reply due on or before 5/22/2006.

Submitted by: Theresa Lam, Courtroom Manager